In the Matter of the People of the State of New York ex rel. Spencer G. Tuers, Appellant, v. John T. Dooling, President, and Others, Constituting the Board of Elections of the City of New York, and Others, Respondents.— Order affirmed, without costs, on the opinion of Mr. Justice Stapleton at Special Term. (See *People ex rel. Tuers* v. *Dooling*, 69 Misc. Rep. 391.) Jenks, Burr, Thomas and Carr, JJ., concurred.

Michael Callahan, Appellant, v. The Munson Steamship Line and the American Sugar Refining Company of New York, Respondents.— Reargument ordered, and case set down for Tuesday, November 22, 1910. Hirschberg, P. J., Burr, Rich and Carr, JJ., concurred.

Vincenzo Christiano, Respondent, v. John D. McHenry, Appellant.— No merit is shown in the appeal. The motion to dismiss is granted, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Thomas and Rich, JJ.

Thomas F. Duffy, Respondent, v. Salvador Rodriguez, Appellant, Impleaded with Thomas F. Shirden and Others, Defendants.— Motion to resettle order denied, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Thomas and Rich, JJ.

Mary F. Ganun, on Behalf of Herself and All the Other Creditors of Jane M. Sands, Deceased, Appellant, v. Mary E. Palmer, Individually and as Executrix, etc., of Jane M. Sands, Deceased, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Hirschberg, P. J., Woodward, Jenks, Thomas and Rich, JJ.

Catherine Hayes, Appellant, v. Edmond J. Hayes, Respondent.— Motion denied with costs. Present — Hirschberg, P. J., Woodward, Burr, Thomas and Rich, JJ.

In the Matter of the Sale, Mortgage or Lease of the Real Property of Martha Lauraine Catlin, Deceased, for the Payment of Debts.— Motion to dismiss appeal granted, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Thomas and Rich, JJ.

In the Matter of the Probate of the Paper Propounded as the Last Will and Testament of Mary Simpson, Deceased.— Motion to dismiss appeal granted, with costs, no merits being shown. Present — Hirschberg, P. J., Woodward, Jenks, Thomas and Rich, JJ.

Daniel B. McCoy, Respondent, v. Gas Engine and Power Company and Charles L. Seabury & Company, Consolidated, Respondents, Impleaded with Joseph A. Flannery, Appellant.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Hirschberg, P. J., Woodward, Thomas and Rich, JJ.

Val M. Schmitz, Respondent, v. Charles Proser, Sued Herein as "John Doe," and Another, Appellants.— Motion for stay denied. Present — Hirschberg, P. J., Woodward, Jenks, Thomas and Carr, JJ.

Charles S. Bacile, Respondent, v. John H. Lundberg, Appellant.— Judgment of the County Court of Westchester county unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Burr, Rich and Carr, JJ.

Henry R. Braunsdorf, Appellant, v. John K. Knox and John Dorscher, Respondents.— Judgment affirmed, with costs. No opinion. Woodward, Burr, Thomas, Rich and Carr, JJ., concurred.